IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOUVENIA ARMSTRONG and HENRY BEASLEY, individually and on behalf of a class of all other African American persons similarly situated, BETTY TALLEY, GEORGE OBI, WALTER BROWN, VINCENT BEAUREGARD, LARSEN CASH, LILLIAN HARRIS, MARILYN MCNEILL, TIM SWADER, FLOYD WOODLEY, and GERALDINE THOMAS,<br><br>    Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>    Defendant. | Civil No. 3:03-1250<br>Judge Trauger |

## **O R D E R**

For the reasons expressed in the accompanying Memorandum, it is hereby **ORDERED** that the plaintiffs' Motion for Preliminary Injunction to Reinstate Plaintiffs Henry Beasley and Larsen Cash (Docket No. 196) is **DENIED**.

The requests by both the plaintiffs and the defendant to be awarded their costs and attorney's fees in connection with the filing of this motion are **DENIED**.

It is so **ORDERED.**

Enter this 5th day of May 2006.

                                                                     ALETA A. TRAUGER
                                                                      U.S. District Judge