UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **LOUVENIA ARMSTRONG, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:03-1250 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| **WHIRLPOOL CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiffs' Motion for Class Certification (Docket No. 248) is **DENIED.** In addition, the plaintiffs' Motion to Strike Coerced Declarations of Whirlpool Employees or, in the Alternative, Afford Such Declarations Little or No Weight (Docket No. 287) is **DENIED AS MOOT.**

It is so ordered.

Enter this 1st day of March 2007.

ALETA A. TRAUGER
United States District Judge