IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOUVENIA ARMSTRONG,<br>HENRY BEASLEY,<br>BETTY TALLEY,<br>WALTER BROWN,<br>VINCENT BEAUREGARD,<br>LARSEN CASH,<br>and TIM SWADER,<br><br>    Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORP.,<br><br>    Defendant. | Case No. 3:03-cv-01250<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the motions for summary judgment as to the claims asserted by the plaintiffs Louvenia Armstrong, Betty Talley, Tim Swader, Henry Beasley, Larsen Cash, Walter Brown, and Vincent Beauregard (Docket Nos. 358, 362, 354, 350, 366, 370, and 374) are **GRANTED**.

The Motion for Leave to File a Fourth Amended Complaint filed by the plaintiffs (Docket No. 328) is **DENIED AS MOOT**, and the case is hereby **DISMISSED**.

It is so Ordered.

Entered this 30th day of September 2008.

_____
ALETA A. TRAUGER
United States District Judge