Motion GRANTED.

*[Signature: Aleta A. Trauger]*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| LOUVENIA ARMSTRONG, HENRY BEASLEY, and LARSEN CASH | ) <br> ) JOINT MOTION FOR <br> ) MODIFICATION OF PRETRIAL <br> ) DEADLINES |
| PLAINTIFFS, | ) |
| v. | ) <br> ) |
| WHIRLPOOL CORPORATION, | ) <br> ) Case No. 3-03-1250 |
| DEFENDANT. | ) <br> ) <br> ) <br> ) JURY TRIAL <br> ) JUDGE: Aleta A. Trauger <br> ) <br> ) |

## JOINT MOTION FOR MODIFICATION OF PRETRIAL DEADLINES

The parties jointly seek a modification of two deadlines set by Judge Trauger's August 27 Order Resetting Jury Trial (Docket No. 480). In that Order, the Court dictated that Motions in Limine should be filed by January 27, 2011 and responses should be filed by February 10, 2011. In addition, the Court dictated that the parties should exchange but not file exhibits and deposition designations by January 31, 2011, with final filings of the same due February 14, 2011.

The parties are currently pursuing the possibilities of settlement. Accordingly, the parties request two modifications to the calendar to accommodate this process. Specifically, the parties request that they be allowed to file their Motions in Limine on February 3, 2011, but that the deadline for responses remain February 10, 2011. In addition, the parties request that they be allowed to exchange exhibits and deposition designations on February 4, 2011, but that the final

1