IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LOUVENIA ARMSTRONG, HENRY BEASLEY, and LARSEN CASH | ) ) | |
| Plaintiffs, | ) | Case No. 3-03-1250 |
| | ) | |
| v. | ) | |
| | ) | |
| WHIRLPOOL CORPORATION, et al., | ) | Judge Aleta Trauger |
| | ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of the Joint Motion for Modification of Pretrial Deadlines, the Motion is hereby GRANTED. The Parties shall file their Motions in Limine on or by February 3, 2011. The Parties shall exchange but not file their Exhibit Lists and Deposition designations on February 4, 2011. All other dates in Docket No. 480 (Order Resetting Jury Trial) remain operative.

ENTERED: January 25, 2011

_____
Judge Aleta Trauger
U.S. District Court Judge