## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LOUVENIA ARMSTRONG, ET AL. | ) | |
| | ) | |
| v. | ) | Civil No. 3:03-1250 |
| | ) | Judge Trauger |
| WHIRLPOOL CORPORATION. | ) | |

**O R D E R**

The Court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

ENTER this 31st day of January, 2011.

ALETA A. TRAUGER
U.S. District Judge